UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON



Eastern District of Kentucky
FILED

OCT 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-cr-086-CHB

JACK DEMPSEY DELPH,
  aka DEMPSEY RONALD DELPH,
  aka JACK RONALD DELPH

* * * * *

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

Beginning in or about January 2023, and continuing through on or about September 3, 2025, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**JACK DEMPSEY DELPH,
aka DEMPSEY RONALD DELPH,
aka JACK RONALD DELPH,**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about August 13, 2025, in Clay County, in the Eastern District of Kentucky,

JACK DEMPSEY DELPH,<br>
aka DEMPSEY RONALD DELPH,<br>
aka JACK RONALD DELPH,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

<u>COUNT 3</u><br>
21 U.S.C. § 841(a)(1)

On or about September 3, 2025, in Clay County, in the Eastern District of Kentucky,

JACK DEMPSEY DELPH,<br>
aka DEMPSEY RONALD DELPH,<br>
aka JACK RONALD DELPH,

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

### COUNTS 2-3:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.